JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS BAQUERIZO and ALEXIS BAQUERIZO,<br><br>Plaintiffs,<br><br>v.<br><br>GARDEN GROVE UNIFIED SCHOOL DISTRICT, A Local Education Agency,<br><br>Defendant. | Case No.: SACV 12-01825 JVS (CWx)<br><br>**JUDGMENT**<br><br>Action Filed:   October 18, 2012<br>Trial:                 August 4, 2014<br><br>Judge:             Hon. James V. Selna |

On August 4, 2014, this matter came before this Court via a bench trial on Plaintiffs' appeal of the administrative decision of the Office of Administrative Hearings ("OAH" consolidated Case Nos. 2011060840/2011100955), the Honorable James V. Selna, United Stated District Judge, presiding.  After considering the entire administrative record as supplemented, case file, argument of counsel at trial, the trial briefs of the parties, and good cause appearing, this Court finds as follows:

**IT IS HEREBY ORDERED** that judgment be entered in favor of Defendant Garden Grove Unified School District ("GGUSD"), as follows:

1.   Following exercise of its independent judgment and after fully reviewing the administrative record in this matter, the Court's August 11, 2014,

Memorandum of Decision affirming the Decision of OAH, which findings are incorporated herein in their entirety, determines that the Administrative Law Judge's ("ALJ") decision dated July 30, 2012, in OAH consolidated Case Nos. 2011060840/2011100955, is both entitled to substantial deference and fully supported by a preponderance of the evidence.  Consequently, this Court adopts the August 11, 2014, Memorandum of Decision in its entirety as the Decision of this Court;

    2. Therefore, as the Court rejects in their entirety the allegations set forth in the instant lawsuit which allege error on the part of the ALJ, judgment shall be and hereby is entered against Plaintiffs and in favor of Defendant GGUSD on Plaintiffs' Complaint;

    3. Plaintiffs shall take nothing by reason of their Complaint; and

    4. Defendant District shall recover its costs.

IT IS SO ORDERED.

DATED: August 28, 2014

By: /s/ James V. Selna
JAMES V. SELNA
United States District Court Judge